# THE BEASLEY FIRM, LLC
ATTORNEYS AT LAW



| | | |
|---|---|---|
| JAMES E. BEASLEY ° *<br>JAMES E. BEASLEY, JR., M.D., LL.M. *<br>KEITH S. ERBSTEIN<br>ANDREW J. STERN *<br>PAUL A. LAURICELLA °<br>SLADE H. McLAUGHLIN † ▲ *<br>JAMES J. McHUGH *<br>DAVID A. YANOFF<br><br>BENEDICT A. CASEY ° ▲<br>SCOTT A. BENNETT<br>BARBARA R. AXELROD<br>JAYNE A. PIARULLI ■<br>MARSHA F. SANTANGELO, M.D.<br>JAMES E. FOERSTNER ♦<br>SCOTT LEVENSTEN<br>WILLIAM T. HILL, LL.M. ■ *<br><br>OF COUNSEL:<br>MICHAEL A. SMERCONISH | 1125 WALNUT STREET<br>PHILADELPHIA, PA 19107-4997<br>(215) 592-1000<br><br>FAX (215) 592-8360<br><br>Internet E-Mail: lawyers@beasleyfirm.com<br>Firm Website: www.beasleyfirm.com<br><br> | NEW JERSEY OFFICE<br>SUITE 258<br>3000 ATRIUM WAY<br>MOUNT LAUREL, NJ 08054-3911<br>(856) 273-6966<br>(856) 354-0785<br>DIRECT TO PHILA. OFFICE<br><br>FAX (856) 273-6913<br><br>* ALSO MEMBER NJ BAR<br>° ALSO MEMBER NY BAR<br>† ALSO MEMBER NJ, NY & DC BARS<br>▲ ALSO MEMBER NJ, NY & CA BARS<br>♦ ALSO MEMBER OH BAR<br>■ ALSO MEMBER NJ & DC BARS<br>° RESPONSIBLE FOR THE NJ PRACTICE<br>CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>• DIPLOMATE, AMERICAN BOARD OF<br>PROFESSIONAL LIABILITY ATTORNEYS<br>▲ BOARD CERTIFIED AS A CIVIL TRIAL<br>ATTORNEY BY THE NATIONAL BOARD<br>OF TRIAL ADVOCACY<br>● MASTERS IN TRIAL ADVOCACY<br><br>MY DIRECT DIAL:<br>MY E-MAIL: |

February 9, 2005

Clerk, United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

      Re:    Sean Jackson v. David S. Kaminecki, et al
             Docket No: 02-CV-2405 (JBS)

Dear Sir or Madam:

      Please be advised that Sean Jackson, plaintiff in this matter, does not oppose the motion by Thomas Warnke, Esquire of Monte, Sachs & Rudolph to withdraw as counsel for The Strand Corporation.

                                    Very truly yours,

                                      Benedict A. Casey

BAC/ps
  cc:    The Honorable Joel B. Rosen
           Thomas Warnke, Esquire
           W. Dana Venneman, Esquire
           Betsy G. Liebman, Esquire
           Alan J. Cohen, Esquire
           George A. Prutting, Jr., Esquire
           William E. Haddix, Jr., Esquire
           Mr. David Kami